```
 1  James A. Goodman, State Bar No. 89715
    J. Susan Graham, State Bar No. 128123
 2  EPSTEIN BECKER & GREEN, P.C.
    1875 Century Park East, Suite 500
 3  Los Angeles, California 90067-2506
    Telephone: 310.556.8861
 4  Facsimile: 310.553.2165
    jgoodman@ebglaw.com
 5  sgraham@ebglaw.com

 6  Attorneys for Defendant,
    BLACKROCK, INC.
 7
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| THOMAS H. RUDWALL, | CASE NO. C 06-02992 MHP |
|---|---|
| Plaintiff, | Complaint filed: May 3, 2006 |
| v. | **STIPULATION EXTENDING TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING** |
| BLACKROCK, INC., | |
| Defendant. | |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

The parties to the above-referenced litigation, by and through their respective counsel, stipulate and agreed to the following:

**WHEREAS**, plaintiff filed its complaint on May 3, 2006 in the United States District Court, Northern District of California, San Francisco Division and thereafter served it on BlackRock, Inc. (hereinafter "BlackRock") on May 4, 2006;

**WHEREAS**, BlackRock's response to the Complaint in this action currently is due on May 24, 2006;

///

**WHEREAS** BlackRock has requested an extension of time, up to an including June 14, 2006. for BlackRock to respond to the Complaint in this action, which time is necessary to fully evaluate the factual and legal issues raised by the Complaint;

**WHEREAS**, Plaintiff has agreed to provide the requested extension of time;

**THEREFORE**, the parties hereby stipulate that Defendant BlackRock shall have an extension of time, through and including June 14, 2006 within which to move, answer or otherwise respond to the Complaint.

DATED: May 18, 2006

LAW OFFICES OF CHARLES O. MORGAN, JR.

By: *[signature]*
Charles O. Morgan, Jr.
Attorneys for Plaintiff
THOMAS H. RUDWALL

DATED: May 18, 2006

EPSTEIN BECKER & GREEN, P.C.

By: *[signature]*
James A. Goodman
J. Susan Graham
Attorneys for Defendant
BLACKROCK, INC.

5/22/2006

*[Court Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

IT IS SO ORDERED
*[signature]*
Judge Marilyn H. Patel

- 2 -

LA:317754v1  Stipulation Extending Time To File Answer Or Other Responsive Pleading
Case No. C 06-2992 MHP